No. 89–1915.   ARTHUR *v.* HILLSBOROUGH COUNTY BOARD OF CRIMINAL JUSTICE.   Dist. Ct. App. Fla., 2d Dist.   Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Howlett* v. *Rose,* 496 U. S. 356 (1990).

No. 89–7022.   STONE *v.* UNITED STATES.   C. A. 11th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted.   Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Hughey* v. *United States,* 495 U. S. 411 (1990).

No. 89–7271.   TIDWELL *v.* UNITED STATES.   C. A. 6th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted.   Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Grady* v. *Corbin,* 495 U. S. 508 (1990).

No. 89–7362.   HILL *v.* BLACK, COMMISSIONER, MISSISSIPPI DEPARTMENT OF CORRECTIONS, ET AL.   C. A. 5th Cir.   Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Clemons* v. *Mississippi,* 494 U. S. 738 (1990).

No. 89–7665.   MARTIN *v.* VIRGINIA.   Sup. Ct. Va.   Motion of petitioner for leave to proceed *in forma pauperis* granted.   Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Grady* v. *Corbin,* 495 U. S. 508 (1990).

No. 90–168.   LARSON *v.* MINNESOTA.   Sup. Ct. Minn.   Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Idaho* v. *Wright,* 497 U. S. 805 (1990).